**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ZAVALA LICENSING LLC, | § § | |
| Plaintiff, | § § | Case No: 2:18-cv-545-JRG |
| vs. | § § | PATENT CASE |
| SAMSUNG ELECTRONICS AMERICA, INC. | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss Under Fed. R. Civ. P. 41(a)(2). (Dkt. No. 7.) Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant Samsung Electronics America Inc. are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party is to bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 26th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE